AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
| v. | ) | |
| Marvin Antoine, Lutherson Bonheur, | ) | Case No. |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ) | 15-mj-4432-DHH |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2015 to November 2015  in the county of _____ in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846 | conspiracy to distribute heroin ~~and cocaine~~XXX |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Task Force Officer Scott Dunn

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Dunn, DEA Task Force Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  11/23/2015

_____
Judge's signature

City and state:  Worcester, Massachusetts      David H. Hennessy, United States Magistrate Judge
_____
Printed name and title