JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 15-mj-4432-DHH
Search Warrant Case Number: _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Lutherson Bonheur    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Brockton, MA

**Birth date (Yr only):** 1992   **SSN (last4#):** 3250   **Sex** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** Cara McNamara   **Address** Federal Public Defender Office

**Bar Number** _____    District of Massachusetts 51 Sleeper Street 5th Floor

Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Leah Foley    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** November 22, 2015

☑ Already in Federal Custody as of November 22, 2015 in Wyatt

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/9/15    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Lutherson Bonheur

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and marijuana | 1 |
| Set 2 | 21 U.S.C. §841 | Possession with intent to distribute heroin | 2, 4 |
| Set 3 | 18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 3, 6 |
| Set 4 | 18 U.S.C. §924(c) | Possession of a firearm in furtherance of drug trafficking | 9 |
| Set 5 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 6 | 18 U.S.C. §924(d) | Firearm forfeiture allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |
|---|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Brockton__   **Related Case Information:**

County __Plymouth__
- Superseding Ind./ Inf. _____   Case No. _____
- Same Defendant _____   New Defendant _____
- Magistrate Judge Case Number __15-mj-4432-DHH__
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Fredly PHANORD__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Brockton, Massachusetts__

Birth date (Yr only): __1992__   SSN (last 4#): __6331__   Sex __M__   Race: __Black__   Nationality: __Haitain__

Defense Counsel if known: __Eduardo A. Masferrer__   Address __Masferrer & Associates, P.C.__

Bar Number _____   __45 Bromfield Street 5th Floor__
__Boston, MA 02108__

**U.S. Attorney Information:**

AUSA __Leah Foley__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Barnstable House of Correction__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

Charging Document:  ☐ Complaint  ☐ Information  ☑ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/9/15__   Signature of AUSA: _/s/ Leah Foley_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Fredly Phanord

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. §841 | Possession with intent to distribute heroin | 4 |
| Set 3 | 18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 6 |
| Set 4 | 18 U.S.C. §924(c) | Possession of a firearm in furtherance of drug trafficking | 9 |
| Set 5 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 6 | 18 U.S.C. §924(d) | Firearm forfeiture allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **II** Investigating Agency **DEA**

City **Stoughton**

County **Norfolk**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **15-mj-4432-DHH**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Michelle Collins** Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Stoughton, MA**

Birth date (Yr only): **1985** SSN (last4#): **9616** Sex **F** Race: **Black** Nationality: _____

Defense Counsel if known: _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Leah Foley** Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No List language and/or dialect: _____

Victims: ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony **3**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/9/15** Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michelle Collins

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 8 |
| Set 3 | 18 U.S.C. §1956(h) | Conspiracy to launder money | 10 |
| Set 4 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 5 | 18 U.S.C. §982(a)(1) | Money laundering forfeiture allegation | |
| Set 6 | 18 U.S.C. §924(d) | Firearm forfeiture allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Brockton    **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant Y  New Defendant _____
Magistrate Judge Case Number  15-mj-4432-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Marshawn Potts    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** A/K/A "Shells"

**Address** (City & State) Brockton, MA

**Birth date (Yr only):** 1993    **SSN (last4#):** 0484    **Sex** M    **Race:** Black    **Nationality:** _____

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Leah Foley    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Suffolk County HOC    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/9/15    **Signature of AUSA:** *Leah S Foley*

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Marshawn Potts

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant Y   New Defendant _____
Magistrate Judge Case Number 15-mj-4432-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Colleen Marhefka    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address (City & State): South Dennis, MA

Birth date (Yr only): 1982   SSN (last4#): 5974   Sex: F   Race: White   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Leah Foley   Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/9/15   Signature of AUSA: _/s/ Leah Foley_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Colleen Marhefka

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. **II**   Investigating Agency **DEA**

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant **Y**   New Defendant _____
Magistrate Judge Case Number **15-mj-4432-DHH**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Anthony Holzworth**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: **A/K/A "Ice"**

Address (City & State) **Brockton, MA**

Birth date (Yr only): **1988**   SSN (last4#): **8534**   Sex **M**   Race: **Caucasian**   Nationality: _____

Defense Counsel if known: _____   Address _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Leah Foley**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

Charging Document: ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/9/15**   Signature of AUSA: _(signed)_

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anthony Holzworth

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. §841 | Possession with intent to distribute heroin and/or cocaine | 2 |
| Set 3 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Category No. **II**    Investigating Agency **DEA**

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./Inf. _____ Case No. _____
Same Defendant **Y**   New Defendant _____
Magistrate Judge Case Number **15-mj-4432-DHH**
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Obinna Obiora**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: **A/K/A "Africa"**

Address (City & State): **Brockton, MA**

Birth date (Yr only): **1978**   SSN (last4#): **9823**   Sex **M**   Race: **Black**   Nationality: **Nigerian**

Defense Counsel if known: _____   Address _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Leah Foley**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/9/15**   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Obinna Obiora

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2: 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant Y  New Defendant _____
Magistrate Judge Case Number  15-mj-4432-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Marvin Antoine    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Brockton, MA

**Birth date (Yr only):** 1986   **SSN (last4#):** 6706   **Sex** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** Jason G. Benzaken    **Address** Benzaken and Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Leah Foley    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date** November 22, 2015

☑ Already in Federal Custody as of November 22, 2015 in Wyatt.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/9/15    **Signature of AUSA:** _/s/ Leah Foley_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Marvin Antoine

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §846 | Conspiracy to distribute heroin and cocaine | 1 |
| Set 2 | 21 U.S.C. §841 | Possession with intent to distribute heroin and/or cocaine | 4, 5 |
| Set 3 | 18 U.S.C. §922(g)(1) | Felon in possession of a firearm | 3, 6, 7 |
| Set 4 | 18 U.S.C. §924(c) | Possession of a firearm in furtherance of drug trafficking | 9 |
| Set 5 | 18 U.S.C. §1956(h) | Conspiracy to launder money | 10 |
| Set 6 | 21 U.S.C. §853 | Drug forfeiture allegation | |
| Set 7 | 18 U.S.C. §924(d) | Firearm forfeiture allegation | |
| Set 8 | 18 U.S.C. §982(a)(1) | Money laundering forfeiture allegation | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____