OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

December 7, 2018

Robert M. Farrell, Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re: US v. Bonheur
        No. 1:15-cr-10383-WGY-2 (D. Mass.)
        **Misdirected Filing**

Dear Mr. Farrell:

    Enclosed please find Lutherson Bonheur's letter requesting an update to date docket sheet which was received in this court on December 3, 2018. It appears from the content of this filing that it was intended for the district court. Therefore, we are transmitting this to you for whatever action you deem appropriate.

                                    Sincerely,

                                    Maria R. Hamilton, Clerk

cc:    Lutherson Bonheur
       Strafford County House of Corrections
       266 County Farm Road
       Dover, NH 03820

SK/gk