UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:15-cr-10383-WGY-2 |
| LUTHERSON BONHEUR | ) | |
| | ) | |

**Assented to Motion to Continue Rule 11 Hearing**

Now comes Mr. Bonheur with the assent of the government and moves this Honorable Court to continue the Rule 11 hearing presently scheduled for January 9, 2019 for a period of 45 days.

As grounds, counsel states that the passage of the First Step Act changes the penalties Mr. Bonheur is facing in this case. As such, the plea agreement as filed is incorrect and requires further discussion, revision, and approval by the parties.

The parties have consulted with the clerk and request that the Rule Hearing be rescheduled in 45 days.

Respectfully submitted,
LUTHERSON BONHEUR

*/s/ Cara McNamara*
Cara McNamara
AK Bar 0511088
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor Boston, MA 02210
Tel: 617-223-8061

1

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 7, 2019.

                                                              */s/ Cara McNamara*
                                                                Cara McNamara